IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENT GILMORE, GARY )
LIVINGSTON, WILLIAM J. OTTS, and )
RICHARD PESCHAU, )
)
Plaintiffs, )          8:03CV305
)
v. )
)
THOMAS D. POTTER, JOHN )          ORDER
HAESSLER, MARK H. BALE, MARVIN )
P. EHLY, KRISTA FRANK, SUSIE )
KEISLER-MUNRO, KEITH )
PRETTYMAN, FREDERICK R. )
RICKERS, and ASSURITY LIFE )
INSURANCE, )
)
Defendants. )
)

The court has been advised by the parties that this case will not proceed to trial.
Therefore,

IT IS ORDERED that:

1.      The parties shall file a joint stipulation in compliance with comply with Fed.
R. Civ. P. 41, **on or before August 8, 2006**.

2.      Absent compliance with this order, this case may be dismissed without
further notice in accordance with NECivR 68.1.

3.      The trial currently scheduled for July 31, 2006, is canceled.

DATED this 25th day of July, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge